94–797. In re Estate of Mayer. *Lucas County*, No. L–93–131. Reported at 70 Ohio St.3d 1415, 637 N.E.2d 11. On motion for reconsideration. Motion granted and discretionary appeal allowed; *sua sponte*, briefing schedule stayed; cause held for decision in *Wright v. Bloom* (1994), 69 Ohio St.3d 596, 635 N.E.2d 31.

WRIGHT, J., would grant the motion for rehearing, but would remand the cause to the court of appeals for it to reconsider its decision in light of *Wright v. Bloom* (1994), 69 Ohio St.3d 596, 635 N.E.2d 31.

RESNICK, J., not participating.

94–1113. Nationwide Mut. Fire Ins. Co. v. Guman Brothers Farm. *Ashtabula County*, No. 93–A–1787. Reported at 70 Ohio St.3d 1428, 638 N.E.2d 89. On motion for reconsideration. Motion granted and discretionary appeal allowed.

WRIGHT, RESNICK and PFEIFER, JJ., dissent.